UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF ISABELLE LAKATOSH, KAREN MURZYN, SPECIAL ADMINISTATOR,<br><br>    Plaintiff,<br><br>v.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign CORPORATION d/b/a LIFE CARE PARADISE VALLEY and JOHN DOES I through X, inclusive,<br><br>    Defendants. | 2:09-cv-1248-LDG-RJJ<br><br>**ORDER** |

    Plaintiff Karen Murzyn, as Special Administrator for the Estate of Isabelle Lakatosh, brought this action asserting that Defendant Life Care Centers of America, Inc. provided Lakatosh substandard elder care and protection while Lakatosh resided at Defendant's long-term care facility. Defendant, however, denies these allegations and has accordingly filed a motion for summary judgment (#13, opposition #15, reply #18, supplement #27). Plaintiff has also filed a motion to remand this action to state court, contending that the amount in controversy in this case is not sufficient to establish federal jurisdiction (#14, opposition #17, reply #19). On September 22, 2010, the parties agreed to settle this action and were ordered to file settlement and dismissal documents by October 13, 2010. (Mins. of Settlement Conference before Magistrate Judge Robert J. Johnston, ECF No. 28)  This court will consequently deny the parties' pending motions without prejudice pursuant to receipt of the anticipated settlement agreement and corresponding dismissal documents. Accordingly,

THE COURT HEREBY ORDERS that Defendant's motion for summary judgment (#13) is DENIED without prejudice.

THE COURT FURTHER ORDERS that Plaintiff's motion to remand (#14) is DENIED without prejudice.

DATED this ___ day of September, 2010.

_____
Lloyd D. George
United States District Judge