ALVERSON, TAYLOR, MORTENSEN & SANDERS
DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 West Charleston Boulevard
Las Vegas, NV  89117-1401
384-7000
FAX:  385-7000
Attorneys for DEFENDANT
     South Las Vegas Medical Investors
     Limited Partnership dba Life Care
     Center of Paradise Valley, incorrectly
     named as "Life Care Centers of America, Inc.
     dba Life Care of Paradise Valley"

UNITED STATES DISTRICT COURT

SOUTHERN - DISTRICT OF NEVADA

| | |
|---|---|
| THE ESTATE OF ISABELLE LAKATOSH, KAREN MURZYN, SPECIAL ADMINISTRATOR,<br><br>Plaintiffs,<br><br>vs.<br><br>LIFE CARE CENTERS OF AMERICA, INC., a foreign CORPORATION d/b/a LIFE CARE PARADISE VALLEY and JOHN DOES I through X, inclusive,<br><br>Defendants. | CASE NO.:<br>2:09-cv-1248 |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

Date of Hearing:  N/A
Time of Hearing:  N/A

IT IS HEREBY STIPULATED AND AGREED, by and between the Plaintiff, Karen Murzyn, Special Administrator of the Estate of Isabelle Lakatosh, and Defendant, Life Care Centers of America, Inc. dba Life Care Paradise Valley, by and through their

18157/DJM

attorneys of record, that this matter be dismissed, with prejudice, the parties to bear their own costs and attorney's fees.

Trial is scheduled to begin on November 1, 2010.

DATED this 8th day of October, 2010.

Dated: 10/8/10                                Dated: 10/8/10

ALVERSON, TAYLOR, MORTENSEN & SANDERS

*/s/ Laura Lucero*                             */s/ Victor Lee Miller*

DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 W. Charleston Boulevard
Las Vegas, NV   89117-1401
(702) 384-7000
Attorneys for DEFENDANT
South Las Vegas Medical
Investors Limited Partnership
dba Life Care Center of
Paradise Valley, incorrectly
named as "Life Care Centers of
America, Inc. dba Life Care of
Paradise Valley"

Victor Lee Miller, Esq.
Nevada Bar No. 002411
935 South Decatur Boulevard
Las Vegas, NV   89107
victorleemiller@embarqmail.com
702-877-4779
FAX: 702-877-0487
Attorneys for PLAINTIFFS

## ORDER FOR DISMISSAL

BASED UPON the foregoing stipulation, and good cause appearing therefor,

IT IS HEREBY ORDERED that this matter be dismissed, with prejudice, and the parties to bear their costs and attorney's fees incurred.

. . .

18157/DJM

1  IT IS FURTHER ORDERED that the trial in this matter,
2  currently set for November 1, 2010 is hereby vacated.
3  DATED this 20 day of Oct, 2010.

_____
U.S. District Court Judge

7  Submitted by:

8  ALVERSON TAYLOR
9  MORTENSEN & SANDERS

*Laura Lucero*

DAVID J. MORTENSEN, ESQ.
Nevada Bar No. 002547
LAURA S. LUCERO, ESQ.
Nevada Bar No. 008843
7401 West Charleston Boulevard
Las Vegas, NV  89117-1401
384-7000
FAX:  385-7000
Attorneys for DEFENDANT
    South Las Vegas Medical Investors
    Limited Partnership dba Life Care
    Center of Paradise Valley, incorrectly
    named as "Life Care Centers of America, Inc.
    dba Life Care of Paradise Valley"

N:\david.grp\clients\18157\SAO for Dismissal.docx

18157/DJM